**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6146**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ERNEST DAILEY,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:14-cr-00072-BO-1)

Submitted:  April 27, 2021                            Decided:  May 3, 2021

Before KEENAN, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ernest Dailey, Appellant Pro Se.  Asia Jamar Prince, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Dailey appeals the district court's order denying his postconviction motion to amend his presentence report. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dailey*, No. 7:14-cr-00072-BO-1 (E.D.N.C filed Jan. 7, 2021 & entered Jan. 8, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*